UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL NELSON ANTHONY O., <br><br>   Plaintiff, <br><br>   v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br>   Defendant. | Case No. 1:21-cv-00123-BLW-REP <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

      Before the Court is a Report and Recommendation filed by United States Magistrate Judge Raymond E. Patricco. (Dkt. 21). On July 24, 2017, Plaintiff filed a Title II application for a period of disability and disability insurance benefits, alleging disability beginning August 1, 2010 (later amended to January 13, 2016). The application was denied upon initial review and on reconsideration. Plaintiff then sought review by an Administrative Law Judge ("ALJ") who issued a decision denying the claim. Plaintiff timely request for review by the Appeals Council was denied, making the ALJ's decision the final decision of the Commissioner of Social Security. Petitioner then timely appealed that final decision to the Court.

      On February 10, 2023, United States Magistrate Judge Raymond E. Patricco

**ORDER ADOPTING REPORT AND RECOMMENDATION - 1**

issued a Report and Recommendation in this matter. (Dkt. 21). Pursuant to the statute, Judge Patricco gave the parties time to file written objections to the Report and Recommendation. See 28 U.S.C. 636(b)(1)(C). No objections were filed.

Having thoroughly reviewed the Report and Recommendation, and no objections having been filed, the Court accepts Judge Patricco's Report and Recommendation in its entirety and enters the following order.

## ORDER

**IT IS ORDERED that:**

1. The Report and Recommendation entered on February 10, 2023 (Dkt. 21) is INCORPORATED and ADOPTED in its entirety.

2. The Commissioner's decision is AFFIRMED and Petitioner's Petition for Review (Dkt. 1) is DENIED.

3. This action is DISMISSED in its entirety, with prejudice.

4. The Court will enter a separate judgment in accordance with Federal Rule of Civil Procedure 58.

DATED: February 28, 2023

B. Lynn Winmill
U.S. District Court Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION - 2**